UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DWAYNE D. FOLSE                                         CIVIL ACTION NO. 15-2083

VERSUS                                                          JUDGE S. MAURICE HICKS, JR.

WILHITE ELECTRIC CORP., ET AL.              MAGISTRATE JUDGE HAYES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein,  noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

**The Clerk of Court is instructed to send a copy of this Order/Judgment to the keeper of the Three Strikes List in Tyler, Texas.**

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 27th day of October, 2015.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE